# AFFIDAVIT OF SERVICE

State of New York      County of Southern      District Court

Index Number: 1:23-CV-07991 NRB
Date Filed: _____

Plaintiff:
FRUIT STREET HEALTH P.B.C. and LAURENCE N. GIRARD,

vs.

Defendant:
FLASH FUNDING LLC; STEVEN EDISIS; and JOHN and JANE DOE INVESTORS

For:
Shane R. Heskin, Esq.
WHITE AND WILLIAMS LLP
7 Times Square
New York, NY 10036

FIS2023009231

Received by Professional Process Servers on the 15th day of September, 2023 at 12:44 pm to be served on **Steven Edisis, 4 Lisbon St., St. Augustine, FL 32080**.

I, R. Ryan Gleason, being duly sworn, depose and say that on the **22nd day of September, 2023 at 12:24 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT with EXHIBIT(S)** with the date and hour of service endorsed thereon by me, to: **MARA DEGENHARDT as SPOUSE** at the address of: **433 East Woodhaven Dr., Ponte Vedra Beach, FL 32082**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
9/20/2023 12:16 pm Attempted service at 4 Lisbon St., St. Augustine, FL 32080. No response from ringing the ring doorbell. The residence appears to be an Airbnb. Lockbox on the front door and the outside light is left on. Process Server spoke with the neighbor across the street, who stated she does not see any activity on a regular basis at the given address. Most of the homes on the given street are Airbnb rentals.

**Description of Person Served:** Age: 47, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 150, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Sheriff Appointed Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of Perjury, I declare that I have read the foregoing document and that the facts stated herein are true and correct. No Notary required pursuant to F.S. 92.525(2).

Subscribed and Sworn to before me on the 24th day of September, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

DANA WILKERSON
MY COMMISSION # HH 302468
EXPIRES: August 18, 2026

R. Ryan Gleason
SPS32

Professional Process Servers
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale, FL 33309

Our Job Serial Number: FIS-2023009231

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r