## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

FRUIT STREET HEALTH P.B.C. and
LAURENCE N. GIRARD,

    *Plaintiffs,*

-against-

FLASH FUNDING LLC; STEVEN EDISIS
and JOHN AND JANE INVESTORS,

    *Defendants.*

Civil Action No.: 1:23-cv-7991

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Steven W. Wells of Wells Law P.C. hereby enters his appearance on behalf of Defendants, FLASH FUNDING LLC and STEVEN EDISIS, in the above captioned action.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests to be added to the service list in this case and that copies of all notices and pleadings given or filed in this case, and any other documents brought before this Court with respect to these proceedings be given and served upon him at 229 Warner Road, Lancaster, New York 14086 or through email at steve@wellspc.com.

DATED: Lancaster, New York
    September 27, 2023

**WELLS LAW P.C.**

By:  */s/Steven W. Wells*
   Steven W. Wells
229 Warner Road
Lancaster, New York 14086
Tel: (716) 983-4750
Email: steve@wellspc.com