UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRUIT STREET HEALTH P.B.C. and LAURENCE N. GIRARD<br><br>Plaintiffs,<br><br>v.<br><br>FLASH FUNDING LLC; STEVEN EDISIS; and JOHN AND JANE DOE INVESTORS<br><br>Defendants. | Civil Action No.: 1:23-cv-07991 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AS TO ALL DEFENDANTS**

**PLEASE TAKE NOTICE** that Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that it is hereby stipulated and agreed by undersigned counsel for all parties that all Defendants are voluntarily dismissed from this action with prejudice and without costs.

Dated: March 12, 2024

| WELLS LAW PC | WHITE AND WILLIAMS LLP |
|---|---|
| BY: *[signature]* | By: *[signature]* |
| Steven William Wells | Shane R. Heskin |
| 229 Warner Road | Alex David Corey |
| Lancaster, New York 14086 | 1650 Market Street, Suite 1800 |
| (716) 983-4750 | One Liberty Place |
| steve@wellspc.com | Philadelphia, PA 19103 |
| *Attorney for Defendants* | (215) 864-6329 |
| | (215) 864-6221 |
| | heskins@whiteandwilliams.com |
| | coreya@whiteandwilliams.com |
| | *Attorneys for Plaintiffs* |

32571540v.1